UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKHIM RASULOVICH SHOIMOV, | No. 1:25-cv-1603 WBS CKD P |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, et al., | |
| Respondents. | |

The pro hac vice application of Daniel I. Smulow is APPROVED. Mr. Smulow is directed to request electronic filing access from the Clerk of the Court.

Dated: November 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
shoi1603.phv