UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKHIM RASULOVICH SHOIMOV,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents. | No. 1:25-cv-1603 WBS CKD P<br><br><br><br>ORDER |

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Since petitioner may be entitled to the requested relief by proof of the claimed violation of constitutional rights, respondent will be directed to file a response.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response within 20 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

2. Petitioner's reply, if any, is due on or before 14 days from the date respondent's response is filed.

/////

/////

1

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

Dated: November 25, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
shoi1603.300